David York, Pro Se
13101 Brandon St.
Unit 5
Anchorage, Alaska 99515
Phone | 907-764-2998
yorkdave@protonmail.com



RECEIVED

MAY 24 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DAVID YORK,<br><br>Plaintiff,<br><br>vs.<br><br>UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, ALASKA DEPARTMENT OF LAW, ALASKA STATE TROOPERS, ANCHORAGE POLICE DEPARTMENT, FAIRBANKS POLICE DEPARTMENT, ALASKA BAR ASSOCIATION.<br><br>Defendants. | Case No.:<br><br>MOTION FOR APPOINTMENT OF 28 U.S.C. § 1915(e) CIVIL RIGHTS COUNSEL |

Plaintiff, David York, hereby moves this Court for appointment of 28 U.S.C. § 1915(e) civil rights counsel. "Exceptional circumstances" are demonstrably present.

In support of this Motion, plaintiff relies on the complaint in this case, which has been verified by affidavit.

Dated this 24 of May, 2022.

_____
David York, Pro Se

MOTION FOR APPOINTMENT OF 28 U.S.C. § 1915(e) CIVIL RIGHTS COUNSEL

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served on the defendants registered agents or attorneys of record by United States Mail on this 29 day of May, 2022.

_____
DAVID YORK

MOTION FOR APPOINTMENT OF 28 U.S.C. § 1915(e) CIVIL RIGHTS COUNSEL