

David York, Pro Se
13101 Brandon St.
Unit 5
Anchorage, Alaska 99515
Phone | 907-764-2998
yorkdave@protonmail.com

RECEIVED MAY 24 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DAVID YORK,<br><br>  Plaintiff,<br><br>vs.<br><br>UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, ALASKA DEPARTMENT OF LAW, ALASKA STATE TROOPERS, ANCHORAGE POLICE DEPARTMENT, FAIRBANKS POLICE DEPARTMENT, ALASKA BAR ASSOCIATION.<br><br>  Defendants. | Case No.:<br><br>NOTICE TO THE COURT |

As stated in AFFIDAVIT TO VERIFYING COMPLAINT, the complaint is true to the best of plaintiff's knowledge and belief. Therefore, the plaintiff infers this Court must have some first hand knowledge of these events. For example, just about every lawyer in Fairbanks has first hand knowledge of these events.

Given the fact, the plaintiff has tried to access the federal courts three times and tried to access the state court four times, the plaintiff is at a loss how these events have transpired.

MOTION FOR A TEMPORARY RESTRAINING ORDER

If this Court does not have first hand knowledge of these events, the plaintiff asks this court schedule an immediate hearing wherein the plaintiff will produce witnesses. As stated in the complaint, the plaintiff's mother is his "point of contact" with the F.B.I. She is, therefore, a "confidential informant" of the F.B.I. At hearing, the plaintiff will subpoena her and put her under oath.

Please note, the F.B.I. is presently blocking plaintiff's access to real internet search results. Consequently, the plaintiff was not certain if the F.B.I. Director or U.S. Attorney General recieves process for UNKNOWN NAMED AGENTS OF THE F.B.I. For this reason, the U.S. Marshalls have been provided summons for both. To the best of plaintiff's reccolection, F.B.I. Director Christopher Wray is thier registered agent.

Dated this 24 of May, 2022.

_____
DAVID YORK

CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served on the defendants registered agents or attorney's of record by United States Mail on this 24 day of May, 2022.

_____
DAVID YORK

MOTION FOR A TEMPORARY RESTRAINING ORDER